IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 116-064 |
| | * | |
| DONNIE JOE WILSON | * | |

**O R D E R**

On April 13, 2017, this Court sentenced Defendant Donnie Joe Wilson to serve 144 months imprisonment upon his plea of guilty to a charge of conspiracy to distribute and possess with intent to distribute controlled substances. The Court ordered that this term of imprisonment shall run consecutive to the state sentences imposed upon the revocation of parole in McDuffie County (Georgia) Superior Court (Docket Numbers 96CR162 and 96CR713) and Warren County (Georgia) Superior Court (Docket Number 96CR1664). (See Judgment and Commitment Order, Doc. 47, at 2.)

At present, Defendant has filed a motion to modify his sentence. In particular, Defendant asks this Court to convert his consecutive sentence into a concurrent one. This Court, however, does not have the authority to modify a sentence once it has been imposed with three exceptions, none of which apply here. See 18 U.S.C. § 3582(c)(2). The relief requested by Defendant - that is, the conversion of a consecutive sentence to a concurrent one - is

a modification to his sentence. Accordingly, the Court is without authority to even consider Defendant's motion; the motion (doc. no. 53) must be **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of October, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA